UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**1 9 - 2 0 3 8 7** CR-UNGARO          MAGISTRATE JUDGE
Case No. _____          O'SULLIVAN

16 U.S.C. §§ 3372(a)(1)
16 U.S.C. §§ 3372(d)(2)
18 U.S.C. § 2



FILED BY_____*CA*_____D.C.

JUN 27 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA**

v.

**MAURICO MARTIN PEREZ and
ALAN FRANCISCO WHEELOCK,**

_____Defendants. /

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1.     The Endangered Species Act (ESA), Title 16, United States Code, Section 1531, et seq., was enacted to provide a program for the conservation of endangered and threatened species. The term "endangered species" as used in the ESA means any species which is in danger of extinction throughout all or a significant portion of its range.

2.     The Galapagos Tortoise (*Chelonoidis niger*) was listed by the United States Secretary of the Interior as an endangered species subject to protection under the law and its implementing regulations.

3.     Federal regulations, at 50 Code of Federal Regulations, Section 17.21(e), prohibited the delivery, receipt, carriage, transport, or shipment in interstate commerce, by any means whatsoever, and in the course of a commercial activity, any endangered species of wildlife.

4.     Defendant **MAURICO M. PEREZ** was a resident of Miami, Florida.

5.       Defendant **ALAN F. WHEELOCK** was a resident of Las Vegas, Nevada.

6.       **MAURICO M. PEREZ** and **ALAN F. WHEELOCK** did not possess and hold, personally or through any entity associated with them, a permit issued by the U.S. Fish & Wildlife Service Division of Management Authority allowing them to possess, sell, or ship in interstate commerce any Galapagos Tortoises.

## COUNT 1
### Sale and Purchase of Endangered Species
(16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(A))

1.     The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2.     On or about, August 27, 2018, at Miami, Miami-Dade County, in the Southern District of Florida, the defendants,

**MAURICO M. PEREZ**
**and**
**ALAN F. WHEELOCK,**

did knowingly engage in conduct that involved the sale and purchase of, the offer of sale and purchase of, and the intent to sell and purchase wildlife with a market value in excess of $350.00, that is, a Galapagos Tortoise (*Chelonoidis niger,* and did knowingly transport, sell, receive, acquire, and purchase said wildlife, knowing that said wildlife was possessed, transported, and sold in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, the Endangered Species Act, Title 16, United States Code, Section 1538(a)(1)(E) and (G), all in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 2
### False Labelling
(16 U.S.C. §§ 3372(d)(2), 3373(d)(3)(A)(ii))

1.     The General Allegations section of this Indictment is re-alleged and incorporated by

reference as though fully set forth herein.

2.     On or about August 27, 2018, at Miami, Miami-Dade County, in the Southern District of Florida, the defendants,

**MAURICO M. PEREZ**
**and**
**ALAN F. WHEELOCK,**

did knowingly engage in an offense that involved the sale and purchase of, the offer of sale and purchase of, and the intent to sell and purchase wildlife, with a market value greater than $350.00, that is, a Galapagos Tortoise (*Chelonoidis niger*), and did knowingly make and cause to be made a false record, account, label for, and false identification thereof, in that the defendants created and caused to be created a pre-printed box that identified the contents as a "LIVE ANIMAL" from "Reptiles2You," when in truth and in fact, as the defendants then knew, the contents were a single juvenile Galapagos Tortoise which required the outside of the container to be plainly marked with the common name and scientific name of the specimen, said wildlife intended to be transported in interstate commerce, in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(A)(ii), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
Thomas Watts-FitzGerald
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

**MAURICO MARTIN PEREZ and**
**ALAN FRANCISCO WHEELOCK,**

_____ Defendants. _____/

CASE NO._____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| ✓ | Miami | ___ Key West |
| ___ | FTL | ___ WPB ___ FTP |

New defendant(s)          Yes ___      No ___
Number of new defendants ___
Total number of counts    ___

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     No
    List language and/or dialect     _____

4.  This case will take __3__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                                    (Check only one)

|     |               |       |          |     |
|-----|---------------|-------|----------|-----|
| I   | 0 to 5 days   | ✓     | Petty    | ___ |
| II  | 6 to 10 days  | ___   | Minor    | ___ |
| III | 11 to 20 days | ___   | Misdem.  | ___ |
| IV  | 21 to 60 days | ___   | Felony   | ✓   |
| V   | 61 days and over |    |          |     |

6.  Has this case previously been filed in this District Court?     (Yes or No)     No
    If yes: Judge _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     No
    If yes: Magistrate Case No. _____
    Related miscellaneous numbers:     18-mj-3729-Simonton _____
    Defendant(s) in federal custody as of     _____
    Defendant(s) in state custody as of     _____
    Rule 20 from the District of     _____

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ___     No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes ___     No ✓

THOMAS WATTS-FITZGERALD
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. . 0273538

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MAURICO MARTIN PEREZ

**Case No**: _____

Count #: 1

Shipment of Protective Wildlife in Interstate Commerce

Title 16, United States Code, Section 3372(a)(1)

**\*Max. Penalty:**        Five (5) Years' Imprisonment

Count #: 2

False Labeling of Wildlife

Title 16, United States Code, Section 3372(d)(2)

**\*Max. Penalty:**        Five (5) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: ALAN FRANCISCO WHEELOCK

**Case No**: _____

Count #: 1

Shipment of Protective Wildlife in Interstate Commerce

Title 16, United States Code, Section 3372(a)(1)

**\*Max. Penalty:**    Five (5) Years' Imprisonment

Count #: 2

False Labeling of Wildlife

Title 16, United States Code, Section 3372(d)(2)

**\*Max. Penalty:**    Five (5) Years' Imprisonment
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**