FILED BY YR D.C.
Sep 10, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the

___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 14 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

United States of America )
v. )
Alan Wheelock )
_____ )
Defendant )
)
)

Case No. 2:19-mj-603

Charging District's Case No.

**19-20387-CR-UNGARO**

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* S.D. of Florida .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/14/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kathryn Newman
*Printed name of defendant's attorney*

AO 98 (Rev. 12/11) Appearance Bond

Page 1 of 5

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America
v.
Alan Francisco Wheelock
Defendant

Case No. 2:19-mj-603-VCF

```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

        AUG 14 2019

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## APPEARANCE BOND

### Defendant's Agreement

I, Alan Francisco Wheelock (*defendant*), agree to follow every order of the court that considers this case, and I further agree that this bond may be forfeited if I fail:
( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose;
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____.

(   ) (3) This is a secured bond of $ _____, secured by:

    (   ) (a) $ _____, in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
*(describe the cash or other property, including claims on it - such as a lien, mortgage, or loan - and attach proof of ownership and value):*

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgement of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 199A (Rev. 12/11) Order Setting Conditions of Release

Page 1 of 5 Pages

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America )
v. )
Alan Francisco Wheelock )   Case No. 2:19-mj-603-VCF
_____ )
Defendant

### ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: _____
                                                       Place

   on _____
                         Date and Time

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

Case 1:19-cr-00327-AWT Document 13 Filed 08/14/19 Page 4 of 11
Case 2:19-mj-00603-VCF Document 4 Filed 08/14/19 Page 3 of 5
AO 199B (Rev. 04/14) Additional Conditions of Release  Page 3 of 5 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not be itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

19-mj-603

**SUPERVISION**

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address (*only if above is an organization*) _____
City and state _____  Tel. No. _____
_____  (*only if above is an organization*)
who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____  _____
*Custodian or Proxy*           *Date*

(X) (7) The defendant shall report to:  (X) U.S. Pretrial Services Office   (X) Las Vegas 702-464-5630 ( ) Reno 775-686-5964
no later than: _____      ( ) U.S. Probation Office         ( ) Las Vegas 702-527-7300 ( ) Reno 775-686-5980
( ) (8) The defendant is released on the conditions previously imposed.

**BOND**

( ) (9) The defendant shall execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
( ) (10) The defendant shall post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum: _____
( ) (11) The defendant shall execute a bail bond with solvent sureties in the amount of $_____.

**PENDING MATTERS**

( ) (12) The defendant shall satisfy all outstanding warrants within_____days and provide verification to Pretrial Services or the supervising officer.
( ) (13) The defendant shall pay all outstanding fines within_____days and provide verification to Pretrial Services or the supervising officer.
( ) (14) The defendant shall abide by all conditions of release of any current term of parole, probation, or supervised released.

**IDENTIFICATION**

( ) (15) The defendant shall use his/her true name only and shall not use any false identifiers.
( ) (16) The defendant shall not possess or use false or fraudulent access devices.

**TRAVEL**

(X) (17) The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
( ) (18) The defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Services or the supervising officer within 48 hours of release.
(X) (19) The defendant shall not obtain a passport or passport card.
(X) (20) The defendant shall abide by the following restrictions on personal association, place of abode, or travel:
Travel is restricted to the following areas:
( ) Clark County, NV  ( ) Washoe County, NV  ( ) State of NV  (X) Continental U.S.A.  ( ) Other _____
( ) (21) The defendant may travel to _____ for the purpose of _____.

**RESIDENCE**

( ) (22) The defendant shall maintain residence at ( ) current or ( ) at:
_____
and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
( ) (23) The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary.
( ) (24) The defendant shall pay all or part of the costs for residing at the halfway house or community corrections center based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
( ) (25) The defendant shall return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____

**EMPLOYMENT**

( ) (26) The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
( ) (27) The defendant shall not be employed in, or be present in, any setting directly involving minor children.
( ) (28) The defendant shall not secure employment in the following field(s): _____
( ) (29) The defendant is prohibited from employment/self-employment in a setting where he/she has access to financial transactions or the personal identifiers of others.

AO 199B (Rev. 04/14) Additional Conditions of Release, continued     Pages ___ of ___ Pages

**EDUCATION/VOCATION**
( ) (30) The defendant shall maintain or commence an education or vocational program as directed by Pretrial Services or the supervising officer.

**CONTACT**
( ) (31) The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: _____.
(X) (32) The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
( ) (33) The defendant is prohibited from contact with anyone under the age of 18, unless in the presence of a parent or guardian who is aware of the alleged instant offense.
( ) (34) The defendant shall report as soon as possible to Pretrial Services or the supervising officer any contact with law enforcement personnel, including but not limited to any arrest, questioning, or traffic stop.

19-mj-603

**FIREARMS/WEAPONS**
( ) (35) The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
( ) (36) Any firearms and/or dangerous weapons shall be removed from the defendant's possession within 24 hours of release from custody and the defendant shall provide written proof of such to Pretrial Services or the supervising officer.

**SUBSTANCE ABUSE TESTING AND TREATMENT**
( ) (37) The defendant shall submit to an initial urinalysis. If positive, then (38) applies.
(X) (38) The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
(X) (39) The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
(X) (40) The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.
( ) (41) The defendant shall refrain from any use of alcohol.
(X) (42) The defendant shall refrain from the excessive use of alcohol.
( ) (43) The defendant shall refrain from the use or possession of synthetic drugs or other such intoxicating substances.
(X) (44) The defendant shall not be in the presence of anyone using or possessing:
    (X) (44A) A narcotic drug or other controlled substances
    ( ) (44B) Alcohol
    ( ) (44C) Intoxicating substances or synthetics
( ) (45) The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or the supervising officer considers it advisable.
( ) (46) The defendant shall pay all or part of the cost of the substance abuse treatment program or evaluation based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

**MENTAL HEALTH TREATMENT**
( ) (47) The defendant shall undergo medical or psychiatric treatment.
( ) (48) The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.
( ) (49) The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon his/her ability to pay determined by Pretrial Services or the supervising officer.

**LOCATION MONITORING**
( ) (50) The defendant shall participate in one of the following location monitoring program components and abide by its requirements as Pretrial Services or the supervising officer instructs.
    ( ) (50A) Curfew.
        The defendant is restricted to his/her residence every day from _____ to _____ and/or a time schedule deemed appropriate by Pretrial Services or the supervising officer.
    ( ) (50B) Home Detention.
        The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by Pretrial Services or the supervising officer.
    ( ) (50C) Home Incarceration.
        The defendant is restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

Case 1:19-cr-00287-LJL Document 43 Filed 08/14/19 Page 6 of 11
Case 2:19-mj-00603-VCF-3 Document 4 Filed 08/14/19 Page 5 of 5

AO 199C (Rev. 09/08) Advice of Penalties     Page 5 of 5 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Alan Francisco Wheelock    CASE: 2:19-mj-603-VCF

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.,* in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Las Vegas, NV
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 8-14-19

_____
*Judicial Officer's Signature*
CAM FERENBACH
U.S. MAGISTRATE JUDGE
_____
*Printed name and title*

DISTRIBUTION:    COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

AUG 14 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

vs.                                  CRIMINAL CASE NO. 2:19-mj-603

Alan Wheelock
**DEFENDANT**

## ASSERTION OF RIGHT TO BE PRESENT IN COURT UNSHACKLED AND PRESERVATION OF APPELLATE RIGHTS

I assert my Fifth and Sixth Amendment Rights to be present in court without shackles, and further assert that appearing in court without shackles is necessary to maintain dignity and decorum in the judicial process.

I submit that the Court cannot institute a policy requiring defendants be shackled in every case. Instead, before I may be shackled for any courtroom proceeding, the Court must make an individualized decision on the record that a specific security need particular to me exists.

To order shackling, the Court must make an individualized determination finding that shackling serves a compelling government purpose and the particular shackling method is the least restrictive means for maintaining security and order in the courtroom. In making this determination, the Court should consider whether evidence exists demonstrating: a history of disruptive courtroom behavior; attempts to escape from custody; assaults or attempted assaults while in custody; or a pattern of defiant behavior towards corrections officials and judicial authorities.

Until the Court makes an individualized shackling determination on the record, I request to appear in court without shackles. The shackling determination must be made in my and my counsel's presence, allowing my counsel to object and create an evidentiary record.

This Assertion serves as a standing objection of my right to appear in court unshackled at all future appearances, without the need for me to reassert these rights or re-object to the shackling. This Assertion also preserves my right to appeal the Court's shackling decisions.

_____        8-14-19
Defendant's Signature                  Date and time

_Kathryn Newman_                       _Kathryn Newman_
Attorney's Signature                   Attorney Name, AFPD
                                       411 E. Bonneville Ave, #250, Las Vegas, NV

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of  NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:19-mj-00603-VCF |
| ALAN FRANCISCO WHEELOCK | ) | |
|  | ) | Charging District:   Southern District of Florida |
| *Defendant* | ) | Charging District's Case No.   19-20387 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - Southern District of Florida<br>AS ORDERED | Courtroom No.:  AS ORDERED |
|---|---|---|
|  |  | Date and Time:  09/03/2019 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   August 14, 2019

_____
*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



CLOSED

# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:19-mj-00603-VCF-1

Case title: USA v. Wheelock  
Other court case number: 19-20387 Southern District of Florida

Date Filed: 08/14/2019  
Date Terminated: 08/28/2019

Assigned to: Magistrate Judge Cam Ferenbach

## Defendant (1)

**Alan Francisco Wheelock**  
*TERMINATED: 08/28/2019*

represented by **Kathryn Newman**  
Federal Public Defender  
411 E. Bonneville, Ave., Ste. 250  
Las Vegas, NV 89101  
702-388-6577  
Email: Kathryn_Newman@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: FPD*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Rule 5 documents

**Disposition**

Transmitted on 8/28/19 to the Southern District of Florida

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Simon Fanzong Kung**<br>Office of the United States Attorney<br>US Attorney's Office<br>District of Nevada<br>501 Las Vegas Blvd. S, Ste.1100<br>Las Vegas, NV 89101<br>702-388-6336<br>Fax: 702-388-6296<br>Email: simon.kung@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: USA* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2019 | 1 | Rule 5(c)(3) Documents Received as to Alan Francisco Wheelock. Documents received from Southern District of Florida include Indictment. (ADR) (Entered: 08/14/2019) |
| 08/14/2019 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Alan Francisco Wheelock held on 8/14/2019 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Simon Kung*; Def Counsel: *Kathryn Newman*; Recording start and end times: *3:36 - 3:47*; Courtroom: *3D*; Defendant is present in custody with leg restraints. The Federal Public Defenders Office is appointed as defense counsel for this proceeding only. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment and is held to answer in the Southern District of Florida. Government does not seek detention and the defendant is placed on a personal recognizance bond. Next appearance date in originating district is on September 3, 2019, at 1:30 p.m... Defendant is released on bond. Rule 5 deadline set for 8/28/2019.**(no image attached)** (Copies have been distributed pursuant to the NEF - JAR) (Entered: 08/16/2019) |
| 08/14/2019 | 3 | WAIVER of Rule 5(c)(3) Hearings by Alan Francisco Wheelock. (ADR) (Entered: 08/16/2019) |
| 08/14/2019 | 4 | PR BOND Entered as to Alan Francisco Wheelock. (ADR) (Entered: 08/16/2019) |
| 08/14/2019 | 5 | NOTICE of Assertion of Right to be Present in Court Unshackled and Preservation of Appellate Rights as to Alan Francisco Wheelock. (ADR) (Entered: 08/16/2019) |
| 08/14/2019 | 6 | NOTICE of Assertion of Right to Counsel, the Right to Remain Silent, and Request to Have Counsel Present During Questioning as to Alan Francisco Wheelock. (ADR) (Entered: 08/16/2019) |
| 08/14/2019 | 7 | ORDER Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail. The time and place to appear in court are: Southern District of Florida, 9/03/19 at 1:30 p.m.<br>Signed by Magistrate Judge Cam Ferenbach on 8/14/19. (Copies have been distributed pursuant to the NEF - ADR) (Entered: 08/16/2019) |

| 08/28/2019 | [8] | TRANSMITTAL to the Southern District of Floridain Rule 5c proceedings regarding Defendant Alan Francisco Wheelock. Sent electronically via email. (ADR) (Entered: 08/28/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/10/2019 09:17:10 | | | |
| **PACER Login:** | jamjam6706:5889255:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-mj-00603-VCF |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |