# MINUTE ORDER

Page 6

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5        Date: 9/10/2019    Time: 2:00 p.m.

Defendant: ALAN FRANCISCO WHEELOCK    J#: (B) D/NV    Case #: 19-20387-CR-UNGARO

AUSA: Tom Watts-Fitzgerald    Attorney: Annabelle Nahra for Jeffrey Weiner

Violation: SHIP/PROTECTIVE WILDLIFE/INTERSTATE COMMERCE/FALSE LABELING OF WILDLIFE    Surr/Arrest Date:    YOB:

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ◯ Yes  ◯ No    Recommended Bond:

**Bond Set**    *Own Recognizance*    Co-signed by:

- [x] *Surrender and/or do not obtain passports/travel docs*
- [x] *Report to PTS as directed*/or ____ x's a week/month by phone: ____ x's a week/month in person
- [x] *Random urine testing by Pretrial Services*
  *Treatment as deemed necessary*
- [x] *Refrain from excessive use of alcohol***
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] *Travel extended to:* Continental U.S.
- [ ] Other:

Language: ENGLISH

Disposition:
Counsel has filed Permanent Appearance on CF/ECF.
The Court adopts the bond and conditions set in Nevada.

***Not to use narcotics and not to be in the presence of people using narcotics**

Defendant Arraigned

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:24:25    Time in Court: 2

s/Edwin G. Torres    Magistrate Judge